IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CECILIA PARADA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-cv-195 |
| § | |
| SANDHILL SHORES PROPERTY § | |
| OWNERS ASSOCIATION, INC., § | |
| § | |
| Defendant. § | |
| § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Cecilia Parada and Defendant Sandhill Shores Property Owners Association, Inc., (collectively, the "Parties") hereby submit their Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and would respectfully show the Court as follows:

(1) Plaintiff filed her Complaint in the above-captioned litigation on or about July 29, 2021.

(2) Defendant filed an Answer to the Complaint on or about October 12, 2021.

(3) The Parties reached a settlement agreement calling for dismissal with prejudice on or about June 17, 2022.

In light of the foregoing, the Parties file this Stipulation of Dismissal with Prejudice whereby Plaintiff dismisses all claims asserted in this matter with prejudice.

DATE: June 23, 2022                                      Respectfully submitted,

                                                             s/_Mark Whitburn_____
                                                             Mark Whitburn
                                                             Texas Bar No. 24042144
                                                             Sean Pevsner
                                                             Texas Bar No. 24079130
                                                             Whitburn & Pevsner, PLLC
                                                             2000 E. Lamar Blvd., Suite 600
                                                             Arlington, Texas 76006
                                                             Tel: (817) 653-4547
                                                             Fax: (817) 653-4477
                                                             mwhitburn@whitburnpevsner.com

                                                             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served on the following counsel for Defendant by electronic mail on June 23, 2022:

David L. Miller
Diane Burgess
Miller, Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007

                                                            s/_Mark Whitburn_____
                                                            Mark Whitburn