United States District Court
Southern District of Texas
**ENTERED**
June 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CECILIA PARADA, § § *Plaintiff*, § VS. § SANDHILL SHORES PROPERTY § OWNERS ASSOCIATION, INC., § § *Defendant*. § | CIVIL ACTION NO. 3:21-CV-195 |

### ORDER OF DISMISSAL

On June 23, 2022, the parties filed a Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 31.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island this 28th day of June,2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE